

ORIGINAL

FILED

04/06/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0313

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 20-0313

LEO G. and JEANNE R. BARSANTI,

Petitioners and Appellants,

v.

MONTANA PUBLIC SERVICE
COMMISSION and NORTHWESTERN
ENERGY,

Respondents and Appellees.

FILED

APR 0 6 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

By petition filed March 17, 2021, Petitioners and Appellants Leo and Jeanne Barsanti (Barsantis) petition through counsel pursuant to M. R. App. P. 20(1)(a)(i) and (iii) for rehearing on our prior decision in this matter on March 2, 2021, in *Barsanti v. Montana Pub. Serv. Comm'n*, 2021 MT 54N, __ Mont. __, 481 P.3d 232. Upon review of Barsantis' petition, the joint response of Appellees Montana Public Service Commission and Northwest Energy in opposition, our prior decision, and the briefing and record on appeal, we find and conclude that Barsantis have failed to show sufficient grounds for rehearing under M. R. App. P. 20(1)(a)(i) and (iii).

Accordingly,

IT IS ORDERED that Barsantis' petition for rehearing is hereby DENIED.

The Clerk of the Supreme Court is directed to provide a copy of this Order to the respective parties' counsel of record.

DATED this 6th day of April, 2021.

_____

_____

_____
　　　　　　　　Justices